FILED'07 SEP 12 10:30USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

VICTOR HENRY JACKSON,

Petitioner,

v.

CHARLES DANIELS, Warden,
Federal Correctional Institution,
Sheridan, Oregon,

Respondent.

CV No. 07-03045-JE

ORDER DISMISSING HABEAS CORPUS PETITION

This matter having come before the Court on the motion of the Petitioner to voluntarily dismiss Victor Jackson's Petition for Writ of Habeas Corpus under 18 U.S.C. § 2241,

IT IS HEREBY ORDERED that the Petition for a Writ of Habeas Corpus is dismissed without prejudice.

IT IS SO ORDERED this 10 day of September, 2007.

_____
John Jelderks
U.S. Magistrate Judge

Submitted by:

s/Tonia L. Moro
Tonia L. Moro
For Petitioner Victor Henry Jackson (by consent)